# Exhibit B

# New York State Unified Court System

## Attorney Online Services - Search

Close

### Attorney Detail Report *as of 05/12/2022*

| | |
|---|---|
| **Registration Number:** | 4643193 |
| **Name:** | CHIA-WEN LEE |
| **Business Name:** | |
| **Business Address:** | Not on File |
| **Business Phone:** | |
| **Email:** | |
| **Date Admitted:** | 12/09/2008 |
| **Appellate Division Department of Admission:** | 3rd |
| **Law School:** | PENN STATE DICKINSON SCHOOL OF LAW |
| **Registration Status:** | Attorney - Currently Registered |
| **Next Registration:** | Dec 2022 |

### Disciplinary History

*No record of public discipline*

The Detail Report above contains information that has been provided by the attorney listed, with the exception of REGISTRATION STATUS, which is generated from the OCA database. Every effort is made to insure the information in the database is accurate and up-to-date.

The good standing of an attorney and/or any information regarding disciplinary actions must be confirmed with the appropriate Appellate Division Department. Information on how to contact the Appellate Divisions of the Supreme Court in New York is available at www.nycourts.gov/courts.



**Attorney Services**

Close