# Exhibit C

**Subject:** FW: Confidential and Attorney Client Privileged- law firm proposal seeking AOET
**Date:** Monday, June 10, 2019 at 8:41:39 AM Eastern Daylight Time
**From:** Alan Fisch
**To:** Bill Sigler, Ken Fung
**Attachments:** B.rar, C.rar, A.rar

---

**From:** 大立 李佳紋 <wenlee@largan.com.tw>
**Date:** Monday, June 10, 2019 at 4:52 AM
**To:** Alan Fisch <Alan.Fisch@fischllp.com>
**Cc:** "Adam Lin(林恩平)(大立)" <adamlin@largan.com.tw>
**Subject:** RE: Confidential and Attorney Client Privileged- law firm proposal seeking AOET

Hi Alan,

Thank you for the clarification.  Your suggested time for the phone call works for me as well.   I think it may be more productive to send you the materials you requested, and to answer during the call any questions your team may have.  Please find the materials attached per your request (A+B) and also the additional communications with AOET (C).  Should you have any questions, we can discuss during the call.

A. The March 11 notice to HP and any follow up communications + Any other notice letters and associated communications with HP.
      For your information, HP legal (Tony Baca) and I have scheduled having phone call discussions regularly since May 3 (roughly every other week frequency if no other conflict scheduling) on status updates, and most of the communication contents over the phone call are not reflected in the emails.  Just so you know that the communication with HP is ongoing. Our next call with HP is scheduled for June 20.   HP legal provided me with an HP Confidential lens supplier chart (in the email file I named the titled as "From HP 20190608 Notice- Spectre Folio and other models (supplier list)"), which shows AOET supplies to majority of the HP models.   But the models ID contained in the email is not inclusive of all HP models under a certain HP product name.
      For your information, HP is aware that Largan has an ongoing trade secret case against AOET.  HP has a common interest/defense and indemnification agreement with AOET. HP indicated during the call on May 31, 2019, its position is that AOET should solve the dispute. But, based on the response we received from AOET, AOET seems not interested in doing so. And, based from my last conversation with HP legal,  HP legal has had a few email exchanges with AOET,  and AOET has not yet responded HP in substance.
So far, our internal strategy is that we would like to establish a royalty rate that can be referenced in the lawsuit against AOET later. We are planning to license to HP on non-AOET models, so the lawsuit against AOET may maintain.  But if HP is willing to take a license to cover all HP products (AOET lens + non-AOET lens), we will consider it as well.  I am hoping that, before the Complaint against AOET is filed, we can obtain a deal with HP or confirm no deal with HP.
      Thus, tomorrow I will respond to HP legal Tony Baca by email as follows.
          *"Dear Tony,*
          *Thank you for sharing with us the lens supplier chart.  The chart you provided indicates that*
          *AOET supplies lens products to a majority of HP models.   You mentioned during our last*

*phone conversation that HP had requested AOET to respond and deal with the patent infringement matter, but AOET has not yet presented any non-infringement or invalidity arguments to Largan's infringement notice so far. I suggest we proceed to discuss the patent licensing structure with HP and not wait further on AOET's reply, if HP is interested in taking a patent license from Largan. Please confirm before our next phone call (scheduled for June 21) regarding HP's interest in taking a patent license from Largan."*

B. Any communications with Dell and any information we have on Dell products sold in the United States that include the AOET lenses-at-issue:

    For your information, Dell has not yet provided feedbacks on their evaluations and not yet identified lens suppliers to us. But, based on the CT-x ray image, we can match a couple of lenses supplied to Dell to be equivalent to some lenses used in HP models that HP identified supplied by AOET, but we are unsure whether or not AOET is the sole supplier to these Dell models. So far, we purchased on-line from https://www.parts-people.com/ and analyzed the lens spare parts used in certain Dell models, but if we decide to include Dell as a defendant, we should also purchase a few Dell laptops especially those recently released to the market and analyze the lenses disassembled from those Dell laptops.

C. The notice sent to AOET on HP and Dell models and follow-up communications:

    For your information, based on the HP's lens supplier chart recently received, we can also notify AOET on additional Dell models based on our current investigated lenses. The reply from AOET to our notice is in Chinese, I think the google translate to English version may be helpful for you to understand the content.

Again, thank you very much for willing to invest your time and efforts for forming a proposal for our review.
Wen

---

**From:** Alan Fisch [mailto:Alan.Fisch@fischllp.com]
**Sent:** Monday, June 10, 2019 12:47 PM
**To:** 大立 李佳紋
**Cc:** Adam Lin(林恩平)(大立)
**Subject:** Re: Confidential and Attorney Client Privileged- law firm proposal seeking AOET

Hi Wen,

Thank you for your email.

There will be no charge for work undertaken prior to an engagement agreement.

The analysis my team and I are seeking to conduct is for the purpose of understanding the scope of the case, including potential defenses, venue and the proper parties. Without that information, it will be more difficult to develop a proper budget. If you would prefer to share the information via phone, that is acceptable too. Bill, Ken and I can be available at Wednesday 9:00 Taiwan time/Tuesday 18:00 California time/Tuesday 21:00 Washington DC time. Please let me know if this time is also acceptable to you.

谢谢

100% Effort,

Alan

---

**From:** 大立 李佳紋 <wenlee@largan.com.tw>
**Date:** Monday, June 10, 2019 at 12:18 AM
**To:** Alan Fisch <Alan.Fisch@fischllp.com>
**Cc:** "Adam Lin(林恩平)(大立)" <adamlin@largan.com.tw>
**Subject:** RE: Confidential and Attorney Client Privileged- law firm proposal seeking AOET

Hi Alan,

I suggest that we have a phone call first before providing you with the materials you requested for your team's analysis, just to understand the analysis scope, purpose, or other concerns your team may have in mind, if a call can save your team's some time.

Also, very important, I would like to make sure that Largan will not incur the fees for your team's analysis and for the proposal forming at this stage.  If at any point, your firm plans to charge Largan a fee before an official retainer is signed, please do let me know before performing such services.   I appreciate your understanding.

Thank you very much,
Wen

**From:** Alan Fisch [mailto:Alan.Fisch@fischllp.com]
**Sent:** Sunday, June 09, 2019 7:47 AM
**To:** 大立 李佳紋
**Cc:** Adam Lin(林恩平)(大立)
**Subject:** Re: Confidential and Attorney Client Privileged- law firm proposal seeking AOET

Dear Wen,

Thank you again for the opportunity to present you with a proposal. To aid the team's analysis, it would be helpful if you could share the following additional information:

- The March 11 notice to HP and any follow up communications.

- Any other notice letters and associated communications with HP.

- Any communications with Dell and any information we have on Dell products sold in the United States that include the AOET lenses-at-issue.

100% 的努力,
Alan

---

**From:** Alan Fisch <Alan.Fisch@fischllp.com>
**Date:** Thursday, June 6, 2019 at 3:59 AM
**To:** 大立 李佳紋 <wenlee@largan.com.tw>
**Cc:** "Adam Lin(林恩平)(大立)" <adamlin@largan.com.tw>
**Subject:** Re: Confidential and Attorney Client Privileged- law firm proposal seeking AOET

Dear Wen,

谢谢. It will be my firm's honor to present you with a proposal. Ken, Bill, and I will begin work on it immediately.

I confirm that my firm remains adverse to Dell and HP (as you know, my firm has sued them in the past), as well as AOET.

I will be back in touch soon!

100% 的努力,
Alan

---

**From:** 大立 李佳紋 <wenlee@largan.com.tw>
**Date:** Thursday, June 6, 2019 at 3:45 AM
**To:** Alan Fisch <Alan.Fisch@fischllp.com>
**Cc:** "Adam Lin(林恩平)(大立)" <adamlin@largan.com.tw>
**Subject:** Confidential and Attorney Client Privileged- law firm proposal seeking AOET

Confidential and Attorney Client Privileged

Dear Alan,

     Thank you for arranging the February meeting for me to discuss with Bill and Ken and also for assisting in our purchase of the potential infringing products. Among several HP products identified containing infringing camera lens, some HP models are confirmed using the lens supplied by AOET.
     We will be seeking and evaluating proposals from a few law firms and hope that your firm is also interested in presenting a strategy and fee proposal on this matter.  Relevant patents, identified product models and some background information are as follows for :
1. Largan's objectives: prompting AOET to settle with Largan in a mutually agreed amount;

alternatively, proving AOET's willful infringement and obtaining triple damages award.

2. Patents notified to HP and AOET includes USPat 7,274,518; 7,864,454; 8,395,691; 8,760,776; but not necessary to assert all these patents.

3. Products identified by HP legal (during phone calls) to be single sourced from AOET:  HP Elite x2 (rear lens); HP Spectre Folio webcam lens.

4. Background factual information:
     On August 9, 2013, Largan had noticed AOET that one of its lens model infringes USPat 8,395,691 (no consumer end-product identified).  Largan received a proposal by AOET on or around October 3, 2013, which was forwarded to my attention from the local outside counsel of Largan.  Among other terms, AOET proposed to settle the patent infringement issue by paying Largan an amount based on 40% of the total revenue for the lens products sold and to take a royalty-bearing license from Largan for future sales. Such '691 patent is also included in our infringement notice on HP Spectre Folio laptop model on March 11, 2019.

5. Background legal information:
     The '454 patent and '691 patent were litigated in Largan v. Genius. The case was settled in 2016.

On December 6, 2017, the Taiwan IP Court awarded Largan approximately US$50.7 million enhanced damages against AOET in the first-instance decision of a trade secret misappropriation case. The case is currently on appeal.

Please let me know what other information is needed for your firm to prepare a proposal for our review.  I understand that based on the discussion in the February meeting, your firm can be adverse to HP, Dell, and AOET.  Please include in your proposal at least the theory of infringement, the choice of forum suggestions, named defendants, not-to-exceed phased cap fee model, and timeline.  You may also provide a budget quote for an early case assessment.

I look forward to hearing from you soon. Should you have any questions, feel free to let me know.  Thank you.

Best regards,
Wen

Chia-Wen Lee
In-House Counsel; Head of Legal Division
LARGAN Precision Co., Ltd.
Email: wenlee@largan.com.tw
Address: No.11, Jingke Rd., Nantun Dist., Taichung 40852, Taiwan
Telephone: +886-4-36002345 ext 70703
Fax: +886-4-36006695

-------------------------------------------------------------------------------------------------
**CONFIDENTIAL subject to NDA protection (機密資訊) & WARNING:**
This message contains confidential information and is intended only for the individual named. It may also be privileged or otherwise protected by work product immunity or other legal rules. If you are not the named addressee, you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. If verification is required please request a hard-copy version.
Largan Precision Co.,Ltd, No.11, Jingke Rd., Nantun Dist, Taichung City 40852, Taiwan (R.O.C.), http://www.largan.com.tw/

-------------------------------------------------------------------------------------------------
**CONFIDENTIAL subject to NDA protection (機密資訊) & WARNING:**
This message contains confidential information and is intended only for the individual named. It may also be privileged or otherwise protected by work product immunity or other legal rules. If you are not the named addressee, you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. If verification is required please request a hard-copy version.
Largan Precision Co.,Ltd, No.11, Jingke Rd., Nantun Dist, Taichung City 40852, Taiwan (R.O.C.), http://www.largan.com.tw/

-------------------------------------------------------------------------------------------------
**CONFIDENTIAL subject to NDA protection (機密資訊) & WARNING:**
This message contains confidential information and is intended only for the individual named. It may also be privileged or otherwise protected by work product immunity or other legal rules. If you are not the named addressee, you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. If verification is required please request a hard-copy version.
Largan Precision Co.,Ltd, No.11, Jingke Rd., Nantun Dist, Taichung City 40852, Taiwan (R.O.C.), http://www.largan.com.tw/