# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LARGAN PRECISION CO., LTD., | |
| Movant, | Civil Action No.: 1:22-mc-00049 |
| v. | |
| FISCH SIGLER LLP | |
| Respondent. | |

## [PROPOSED] ORDER DENYING MOTION TO STAY

Before the Court is Largan Precision Co., Ltd.'s Motion to Stay Arbitration. Having considered the Motion and the Opposition thereto, it is hereby **ORDERED** that the Motion is **DENIED**. It is further **ORDERED** that the arbitration instituted by Fisch Sigler LLP against Largan Precision Co., Ltd. shall proceed in the D.C. Bar Attorney/Client Arbitration Board.

_____
The Honorable Trevor N. McFadden
U.S. District Court for District of Columbia