AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| LARGAN PRECISION CO., LTD. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:22-mc-00049-TNM |
| FISCH SIGLER LLP ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Largan Precision Co., Ltd.

Date:   05/31/2022

*Attorney's signature*

Charles T. Kimmett, D.C. Bar No. 463920
*Printed name and bar number*
HARRIS, WILTSHIRE & GRANNIS LLP
1919 M Street, N.W., Eighth Floor
Washington, D.C. 20036

*Address*

ckimmett@hwglaw.com
*E-mail address*

(202) 730-1357
*Telephone number*

(202) 730-1301
*FAX number*