## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LARGAN PRECISION CO., LTD.**, <br><br> Movant, <br><br> v. <br><br> **FISCH SIGLER LLP**, <br><br> Respondent. | Case No. 1:22-mc-00049 (TNM) |

## ORDER

Upon consideration of the pleadings, relevant law, related legal memoranda in opposition and support, and the entire record, for the reasons set forth in the accompanying Memorandum Opinion it is hereby

**ORDERED** that Largan's [1] Motion to Stay Arbitration is GRANTED; and it is further

**ORDERED** that the Statement of Claim submitted to the D.C. Bar Attorney/Client Arbitration Board by Fisch Sigler is QUASHED; and it is further

**ORDERED** that the arbitration instituted by Fisch Sigler against Largan is permanently stayed.

**SO ORDERED**.

The Clerk of Court is requested to close this case.

Dated: June 30, 2022

TREVOR N. McFADDEN
United States District Judge